**Opinion filed November 17, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00154-CV
_____

## IN THE INTEREST OF J.X.V. AND F.D.V., CHILDREN

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-16-03-0287-FM**

### MEMORANDUM OPINION

This is an appeal from an order relating to child support. The children's father filed a pro se notice of appeal after the trial court entered an order (1) decreasing the amount of the father's current child support and medical support obligations to $0.00 per month because of the father's incarceration but (2) confirming an arrearage of both child support and medical support. The father filed his notice of appeal on June 2, 2022. Appellant's brief was originally due to be filed in this court on or before August 24, 2022. On September 6, the clerk of this court notified Appellant that his brief was past due. On September 28, the clerk of this court again notified Appellant that his brief was past due, and we granted an extension on the court's own

motion.  In the September 28 letter, we informed Appellant that the failure to file his brief in this court on or before October 24, 2022, could "**result in dismissal of the appeal**."  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).  On October 21, 2022, we sent a reminder regarding the upcoming due date for Appellant's brief.

As of this date, Appellant has not filed a brief or a motion for extension.  Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

November 17, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.